```
                    FILED
         CLERK, U.S. DISTRICT COURT

              SEP 28 2007

         CENTRAL DISTRICT OF CALIFORNIA
         BY _____ DEPUTY
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

June 2007 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR No. 07- **07 01089** |
| Plaintiff, | **I N D I C T M E N T** |
| v. | [18 U.S.C. § 1014: False Statement to Financial Institution; 18 U.S.C. § 2(b): Causing an Act to be Done; 18 U.S.C. § 1957(a): Engaging in Monetary Transaction in Property Derived From Specified Unlawful Activity] |
| SOON SO, | |
| Defendant. | |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. §§ 1014, 2(b)]

On or about June 13, 2005, in Los Angeles County, within the Central District of California, defendant SOON SO ("SO") knowingly made and caused to be made a materially false, fictitious, and fraudulent statement and representation for the purpose of influencing the actions of Bank of America, an institution the accounts of which were then insured by the Federal Deposit Insurance Corporation, in connection with

CHM:chm

1 defendant SO's application to obtain a United States Small
2 Business Administration ("SBA") loan, in that defendant SO
3 submitted to Bank of America an SBA Express and Community Express
4 Borrower Information Form that stated that neither defendant SO,
5 her businesses, nor their affiliates had a previous SBA loan
6 when, in truth and as defendant SO well knew, defendant SO had
7 previously obtained an SBA loan under a different name.

## COUNT TWO

[18 U.S.C. §§ 1014, 2(b)]

On or about June 4, 2004, in Los Angeles County, within the Central District of California, defendant SOON SO knowingly made and caused to be made a materially false, fictitious, and fraudulent statement and representation for the purpose of influencing the actions of Bank of America, an institution the accounts of which were then insured by the Federal Deposit Insurance Corporation, in connection with defendant SO's application to obtain a United States Small Business Administration loan, in that defendant SO submitted to Bank of America an Advantage Business Credit Application and Agreement (the "Application") on which she gave the borrower's name as "Soon Hee Sin" with Social Security Number 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 when, in truth and as defendant SO well knew, the name and Social Security Number used on the Application were not defendant SO's true name and Social Security Number.

COUNT THREE

[18 U.S.C. § 1957(a)]

On or about June 28, 2004, in Los Angeles County, within the Central District of California, defendant SOON SO ("SO") knowingly engaged in a monetary transaction in and affecting interstate and foreign commerce involving criminally derived property of a value greater than $10,000, with said property being derived from specified unlawful activity, namely, a fraudulent loan application, in that defendant SO wrote a check in the amount of $30,000, payable to Hi-Tech Business Solutions and drawn on the account of United Business Systems, both entities controlled by defendant SO.

A TRUE BILL

/S/
_____
Foreperson

GEORGE S. CARDONA
United States Attorney

*David L. Goodman, Deputy Chief, Criminal Division* FOR:
THOMAS P. O'BRIEN
Assistant United States Attorney
Chief, Criminal Division


CRAIG H. MISSAKIAN
Assistant United States Attorney
Public Integrity & Environmental Crimes Section